**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

LELAND FOSTER,

      Plaintiff,

      v.

JOHNSON PETROLEUM INC, et al.,

      Defendants.

CASE NO. 1:25-CV-318-HAB

## OPINION AND ORDER

This matter is before the Court on a Joint Motion to Administratively Close Case (ECF No. 49), filed by the parties on June 18, 2026. The parties indicate that they have reached a settlement. The parties request administrative closure of the case at this point and state that, after completion of all remediation pursuant to the terms of the settlement agreement, they will move to dismiss the case with prejudice.

The Court GRANTS the Joint Motion (ECF No. 49). The Clerk is directed to close this case administratively. If no party moves to reopen the case, it will remain closed. If the case is reopened, the parties retain all rights they would have had had the case not been closed for administrative purposes.

**SO ORDERED** this 23rd day of June 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT